```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE: CITIGROUP, INC., AUCTION RATE
SECURITIES (ARS) MARKETING
LITIGATION (NO. II)

Lead Docket No. 08 **CIVIL** 3095 (LTS)
------------------------------------------------------------X
No. 09 **Md** 2043 (LTS)

THIS DOCUMENT RELATES TO:
    08 Civ. 3095
    08 Civ. 3139
    08 Civ. 3904
    08 Civ. 4360
    08 Civ. 5016
------------------------------------------------------------X

## JUDGMENT

    Defendants having moved to dismiss the Fourth Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Laura T. Swain, United States District Judge, and the Court, on March 1, 2011, having rendered its Memorandum Opinion and Order granting Defendants' motion to dismiss the Fourth Amended Complaint, and directing the Clerk of the Court to enter judgment dismissing the complaint in consolidated cases 08 Civ. 3095, 08 Civ. 3139, 08 Civ. 3904, 08 Civ. 4360, and 08 Civ. 5016, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 1, 2011, Defendants' motion to dismiss the Fourth Amended Complaint is granted, and judgment is entered dismissing the complaint in consolidated cases 08 Civ. 3095, 08 Civ. 3139, 08 Civ. 3904, 08 Civ. 4360, and 08 Civ. 5016; accordingly, these cases are closed.

**Dated:** New York, New York
       March 2, 2011

                                       **RUBY J. KRAJICK**
                                       **Clerk of Court**
**BY:**
                                       **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____